IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMERCIAL FEDERAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV391 |
| | ) | |
| v. | ) | |
| | ) | |
| DORADO NETWORK SYSTEMS | ) | |
| CORPORATION, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by August 29, 2005, file their Report of Parties' Planning Conference.

DATED August 10, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *David L. Piester*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge