IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMERCIAL FEDERAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV391 |
| | ) | |
| v. | ) | |
| | ) | |
| DORADO NETWORK SYSTEMS CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 12, is granted and the deadline for filing the Rule 26 report of the parties' planning conference is extended to twenty days after the pending motion to remand is resolved, assuming the motion is denied.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge